CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiffs

L. SCOTT KARLIN (SBN: 90605)
lsk@karlinlaw.com
DAVID E. KARLIN (SBN: 275905)
david@karlinlaw.com
THE KARLIN LAW FIRM LLP
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
Attorneys for Defendants
The Gully LLC, Hyekiong Cindy Jung and Mike Jung

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>          Plaintiff,<br><br>v.<br><br>THE GULLY LLC, a California Limited Liability Company; HYEKIONG CINDY JUNG; MIKE JUNG; and Does 1-10,<br><br>          Defendants. | Case: 2:15-CV-09734-BRO-RAO<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: February 17, 2016 _____CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Dated: February 17, 2016 ____ THE KARLIN LAW FIRM LLP

By: /s/ David E. Karlin_____
L. Scott Karlin
David E. Karlin
Attorneys for Defendants
The Gully LLC, Hyekiong Cindy Jung and Mike Jung

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David E. Karlin, counsel for The Gully LLC, Hyekiong Cindy Jung and Mike Jung , and that I have obtained Mr. Karlin's authorization to affix his electronic signature to this document.

Dated: February 17, 2016____    CENTER FOR DISABILITY ACCESS

                                  By:  /s/ Phyl Grace
                                       Phyl Grace
                                       Attorneys for Plaintiff