UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE GULLY LLC, a California Limited Liability Company; HYEKIONG CINDY JUNG; MIKE JUNG; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:15-CV-09734-BRO-RAO<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS HEREBY ORDERED**

Dated: March 3, 2016　　　　_____
　　　　　　　　　　　　　　HONORABLE BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1